# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146263

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                      SC: 146263
                                                       COA: 309833
                                                       Genesee CC: 10-027994-FC
CHAUDRE DEMOND ASHFORD,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the October 25, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013                    _____

s0325                                              Clerk